CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 3 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RANDY CASAR, | Civil Action No. 7:07cv152 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| | By: Hon. James C. Turk |
| Defendant. | Senior United States District Judge |

Plaintiff, Randy B. Casar, a forty-nine year old male, was denied disability benefits by the Commissioner of Social Security. He appealed the decision to this court, and the matter was referred to United States Magistrate Judge Michael F. Urbanski for a report and recommendation. On April 2, 2008, the Magistrate issued an opinion concluding that the Commissioner failed to appropriately consider certain medical evidence consisting of treatment records and a disability opinion from Casar's treating neurologist, Dr. Richard T. Jackson. Accordingly, the Magistrate recommended that this court reverse the Commissioner's previous decision and remand the case with instructions to determine whether it is appropriate to award benefits payable from the date of Dr. Jackson's disability opinion, August 12, 2004. More than ten days have passed and no objections have been filed. The court has reviewed Magistrate Urbanski's reasoning and finds it to be sound and finds no substantial evidence to support the ALJ's decision. Therefore, it is

**ADJUDGED AND ORDERED**

that Magistrate Urbanski's recommendation is **ADOPTED** in full. The Commissioner's previous decision denying Plaintiff's claim is **REVERSED** and the case is **REMANDED** for the purpose of determining whether it is appropriate to award benefits payable from the date of Dr.

Jackson's disability opinion, August 12, 2004.

The Clerk of Court is directed to send copies of this Order to all counsel of record.

**ENTER:** This 2nd day of June, 2008.

_____
Hon. James C. Turk
Senior United States District Judge